# EXHIBIT "C"



November 15, 2021

<u>**Sent via Email**</u>
Ms. Hailey Montgomery
Walmart Claims Services, Inc.
P.O. Box 14731, Lexington, KY 40512
Hailey.Montgomery@walmart.com

| | Re: | Our Client: | **Teresa Schiffbauer** |
|---|---|---|---|
| | | Your Insured: | **Walmart, Inc.** |
| | | Date of Accident: | **October 15, 2020** |
| | | File Number: | **9365622** |

Dear Sir/Madam:

As you are aware, Zimmerman & Frachtman, PA has been retained to represent **Teresa Schiffbauer** for injuries she sustained in a personal injury accident which occurred on the above-referenced date. This information may not be used at a later trial or arbitration without prior written consent from the Plaintiff, nor may it be construed as an admission against interest of party.

On the date of this accident, Ms. Schiffbauer was a married 46-year-old woman in good health. This letter is being sent in an attempt to amicably resolve and settle this matter for the injuries sustained by Ms. Schiffbauer, which include, but are not limited to: **Battery acid burn**

**Procedures:**
- **PRP injection and laser treatment (January 6, 2021)**
- **PRP injection and laser treatment (February 15, 2021)**
- **PRP injection and laser treatment (April 8, 2021)**
- **Laser treatment (May 20, 2021)**
- **PRP injection and laser treatment (June 16, 2021)**
- **PRP injection and laser treatment (August 4, 2021)**
- **Laser treatment (September 20, 2021)**

### STATEMENT OF FACTS

On October 15, 2020, Ms. Schiffbauer was on Walmart's property located at 5555 W. Atlantic Blvd, Margate, FL 33063. Ms. Schiffbauer picked up a car battery when she suddenly felt burning in both her hands. The cap was unattached resulting in acid burns. There was no caution signage put in place or any warning of any kind. As a result of this accident, Ms. Schiffbauer was severely and permanently injured.

MAIN: 6991 N. STATE ROAD 7 | 2ND FLOOR | PARKLAND, FL 33073 | 954-509-1900 | FAX 954-509-9910 | 800-886-LAWS
WWW.DEFENDINGTHEINJURED.COM
PARKLAND | BOCA RATON | COCONUT CREEK | CORAL SPRINGS | HOLLYWOOD | MARGATE | NAPLES | SUNRISE | WESTON

Your insured is liable for my client's damages as it allowed a known dangerous condition to exist on the premises and failed to warn its patrons or remedy the condition. This accident occurred on Walmart's premises, where it is highly foreseeable that an uncapped battery could cause patrons, such as my client, to suffer severe injuries. Walmart is clearly liable for its failure to provide a safe environment, its failure to warn my client of the known dangerous condition, and its failure to correct the dangerous condition.

## MEDICAL TREATMENT

Immediately following the accident, Ms. Schiffbauer was experiencing pain in both her hands. On October 15, 2020, Ms. Schiffbauer presented to Northwest Medical Center for an evaluation of her injuries sustained in this accident. After performing a physical exam on Ms. Schiffbauer, Dr. Pierre Jasmine diagnosed her with **Burn of unspecified degree of left hand, unspecified site, initial encounter and Burn of unspecified degree of right hand, unspecified site, initial encounter** as a result of the accident. Dr. Pierre Jasmine then recommended that Ms. Schiffbauer seek further evaluation of her injuries by a specialist.

On October 19, 2020, Ms. Schiffbauer presented to Dr. James W. Fletcher of Vanguard Aesthetic Plastic Surgery for an evaluation of her injuries sustained in this accident on October 15, 2020. After performing a physical exam on Ms. Schiffbauer, Dr. Fletcher diagnosed her with **partial thickness injuries due to chemical contact burns both hands** as a result of the accident. Dr. Fletcher opined that because this was chemical, it may worsen over time. Dr. Fletcher then recommended that Ms. Schiffbauer apply topical ointment and return in one more week.

On October 28, 2020, Ms. Schiffbauer returned to Dr. Fletcher for a follow up evaluation and reported persistent pain. After performing a physical examination, Dr. Fletcher updated Ms. Schiffbauer's diagnosis to **hyper pigmentation plus pain after burn injury** and recommended UV protection as well as scar therapy. Ms. Schiffbauer was instructed to return in one month.

On December 9, 2020, Ms. Schiffbauer returned to Dr. Fletcher for a follow up evaluation. It was noted that she still had continued dysesthesia on the back of both hands as well as hyperpigmentation. Dr. Fletcher recommended and scheduled a PRP injection in one month.

Between January 6, 2021 through September 20, 2021, Ms. Schiffbauer returned to Dr. Fletcher for five (5) PRP injections and seven (7) laser treatments.

On October 28, 2021, Ms. Schiffbauer returned to Dr. Fletcher for a final evaluation and was noted that she still has some hyperpigmentation and pain with palpation. Dr. Fletcher opined within a reasonable degree of medical probability that Ms. Schiffbauer's hyperpigmentation and burns in the dorsum of her hand were caused as a result of the accident occurred October 15, 2020. **Dr. Fletcher further opined that Ms. Schiffbauer should elect to further improve her symptoms, and her hyperpigmentation, she would likely undergo additional treatments of laser and PRP. Laser treatments would occur in multiple series and would cost approximately $8,000. PRP injections would occur with multiple treatments it would likely cost $6,000.**

MAIN: 6991 N. STATE ROAD 7 | 2ND FLOOR | PARKLAND, FL 33073 | 954-509-1900 | FAX 954-509-9910 | 800-886-LAWS
WWW.DEFENDINGTHEINJURED.COM
PARKLAND | BOCA RATON | COCONUT CREEK | CORAL SPRINGS | HOLLYWOOD | MARGATE | NAPLES | SUNRISE | WESTON

11/24/2021


## WAGE LOSS

In addition to Ms. Schiffbauer's medical treatment, Ms. Schiffbauer has also suffered significant lost wages as a result of this accident. Ms. Schiffbauer entered into an agreement with The Family Doctor to be compensated $17.00 per hour for full time employment as a referral coordinator/medical assistant. This accident occurred the day before her first day of employment. After disclosing her injuries and her inability to work due to both her hands being wrapped, Ms. Schiffbauer was terminated. Ms. Schiffbauer was then offered multiple job opportunities, however, once she disclosed her injuries and treatment plan, the positions were retracted. Ms. Schiffbauer was unable to find employment until January 26, 2021. **Ms. Schiffbauer's lost wages from October 16, 2020 to January 25, 2021 are $9,520.00**.

For your convenience, I am enclosing the following for your review:

- Medical and Billing Records from **Northwest Medical Center ($1,886.00);**
- Medical and Billing Records from **Coconut Creek Emergency Physicians ($1,422.00);**
- Medical and Billing Records from **Vanguard Aesthetic Plastic Surgery ($35,700.00);**
- Photographs;
- Medical bills to date total **$39,008.00.**

Based upon your insured's clear liability for this accident which has directly caused my client serious and permanent injuries, we are hereby demanding $400,000.00.

**This offer to fully and finally settle can only be accepted by the tender of $400,000.00 to my office on or before 5 p.m., on December 15, 2021**. The tender shall be made in the form of a check, made payable to Zimmerman & Frachtman, Trust Account f/b/o Teresa Schiffbauer. Our tax ID number is 59-3294259.

Please advise if there is anything more I can assist you with during your evaluation. Otherwise, I look forward to hearing from you in the very near future.

Thank you for your time and consideration in this serious matter.

Very truly yours,

Joshua Frachtman, Partner
ZIMMERMAN & FRACHTMAN

JF/ez
Enclosures

11/24/2021